which Manshack was riding. The proof, as stated, was that appellant drove across in front of the automobile in which the deceased was riding and that the collision resulted therefrom.

We feel that the evidence established that appellant caused his automobile to collide with the automobile in which the deceased was riding. It is evident that it was appellant's act that brought about the collision. This contention is overruled.

■ Appellant's two bills of exception present situations which, if true, might require a reversal of the cause. Neither bill was approved by the trial judge. He prepared and filed his own bills. There are no bystanders' bills in the record. The court's bills reflect no reversible error.

The judgment of the trial court is affirmed.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was charged with robbery by assault, the indictment further alleging a prior conviction of an offense of like character. He was found guilty and assessed a penalty of life in the penitentiary.

The record on appeal contains neither a statement of facts nor bills of exception. All proceedings appear to be in order and nothing is presented for review by this court.

The judgment of the trial court is affirmed.